**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7629**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAT ROXY DARBY, a/k/a Edward George Tassy,
a/k/a Buju,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:01-cr-00355-JCC)

_____

Submitted:  December 14, 2006        Decided:  December 28, 2006

_____

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Pat Roxy Darby, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pat Roxy Darby appeals the district court's order denying his motion for reconsideration of a prior order reducing his sentence on motion of the government pursuant to Fed. R. Crim. P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Roxy, No. 1:01-cr-00355-JCC (E.D. Va. filed Aug. 23, 2006 & entered Aug. 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED